AMANDA M. TOMPKINS, Respondent, *v.* BERNARD MAHON, Appellant.

(Submitted March 18, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term or the Court of Common Pleas for the city and county of New York, entered upon an order made November 10, 1887, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Alex. Thain* for appellant.

*Earley & Prendergast* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.